# UNITED STATES DISTRICT COURT
## Eastern District of California

## Petition to Modify the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing, is on file)*

**Name of Offender:**   Tommy Harris         **Docket Number:**   0972 1:13CR00114

**Name of Judicial Officer:**   U.S. District Court Judge Lawrence J. O'Neill

**Date of Original Sentence:**   10/26/1999

**Original Offense:** 18 U.S.C. § 922, Unlawful Possession of a Firearm by a Prohibited Person, Class C Felony

**Original Sentence:** 60 months Bureau of Prisons, 36 months supervised release, $50 special assessment, mandatory drug testing (Northern District of Mississippi, Docket No. 1:94CR00106-001)

**Special Conditions:**   Drug and alcohol treatment and testing

**Type of Supervision:**   Supervised release

**Date Supervision Commenced:**   2/4/2011

**Other Court Actions:**

10/17/2013:   Probation Form 12A, Report of Non-Compliance, alleging use of marijuana on July 17, 2013 and September 3, 2013. The Court approved plan of increased drug testing and treatment.

04/01/2013:   Transfer of Jurisdiction accepted by the Eastern District of California.

---

### PETITIONING THE COURT

**To modify the conditions of supervision as follows:**

1. The defendant shall reside and participate in a residential community corrections center, Turning Point of Central California-Fresno until February 4, 2013; said placement shall commence as directed by the probation officer pursuant to 18 USC 3563(b) (11). In addition, payment of subsistence is waived.

RE: **Tommy Harris**                                    **Docket Number: 0972 1:13CR00114**

**Justification:** The offender was originally released from the Bureau of Prisons on February 4, 2011. During the majority of his supervision, he has been unemployed; however, he has been attending Fresno City College full-time. The offender has maintained a single residence with his wife. In addition, he successfully completed Moral Reconation Therapy. He has submitted monthly supervision reports timely and has always made himself available upon the direction of the probation officer.

Unfortunately, the offender has developed a variety of health problems and has used marijuana to deal with the pain. This officer has confirmed diagnoses of disc disease, back pain, osteoarthritis, and bone disease. In addition, on November 16, 2013, the offender was admitted to the hospital with a bowel obstruction. Reportedly, he was released from the hospital on November 21, 2013. The offender has been prescribed numerous medications to deal with his medical problems, including pain medication. However, when he runs out of medication or the medication does not ease the pain, he smokes marijuana. The offender reports that marijuana is the only thing that really helps the pain. He has tested positive for the use of marijuana on four separate occasions this past year; January 28, 2013, July 17, 2013, September 3, 2013, and October 23, 2013. In addition, on December 9, 2013, when admonished about the October 23, 2013, positive drug test, he admitted to smoking marijuana a few days prior. Therefore, pursuant to 18 USC 3583(g), this is a mandatory revocation matter.

The probation officer has discussed the difficulty of this situation with the offender, including that marijuana cannot be a pain management option for him. He represents that he understands he is on supervision and that smoking marijuana is a violation of his supervised release regardless of his reason for smoking it. He stated that he understands and accepts the consequences for the choice he has made to smoke marijuana to deal with is pain.

Based on the aforementioned, in lieu of revoking the offender's supervision, it is recommended that the offender's conditions of supervision be modified and he be ordered to reside and participate in the Residential Re-Entry Center (RRC) until February 3, 2014, when his supervision terminates. While at the RRC he will be drug tested a minimum of four times per month and will receive weekly substance abuse counseling. In addition, if he has not had any problems at the RRC, on January 13, 2013, he will be able to continue school at Fresno City College. The recommendation complies with 18 USC 3563(e) which authorizes the Court to consider any treatment alternative in lieu of revocation.

The offender understands if he tests positive for illegal drugs while at the RRC his supervision may be revoked and he could be returned to prison. The offender is agreeable to the modification and has signed the Waiver of Hearing to Modify Conditions of Supervised Release form, which is attached for the Court's consideration.

RE: **Tommy  Harris**                                           **Docket Number: 0972 1:13CR00114**

Respectfully submitted,

**/s/ Leighann L. Milford**

**Leighann L. Milford**
**Senior United States Probation Officer**
Telephone:559-499-5724

**DATED:**   **December 11, 2013**

Reviewed by,

**/s/ Hubert J. Alvarez**

**Hubert J. Alvarez**
**Supervising United States Probation Officer**

**THE COURT ORDERS:**

☒  Modification approved as recommended.

☐  Modification not approved at this time.  Probation Officer to contact Court.

☐  Other

CC:

United States Probation

Assistant United States Attorney: Marc Cullers

Defense Counsel: Charles Lee, AFD

IT IS SO ORDERED.

   Dated:   **December 12, 2013**            **/s/ Lawrence J. O'Neill**
                                             UNITED STATES DISTRICT JUDGE

RE: **Tommy Harris**                                                                 **Docket Number: 0972 1:13CR00114**